■ MARY D. COONRADT et al., Respondents, v AVERILL PARK CENTRAL SCHOOL DISTRICT et al., Appellants.—Motion by appellants pursuant to rules of practice, 22 NYCRR 800.12 granted, without costs, and the clerk is directed to file appellants' record and brief received on August 31, 1979. Cross motion by respondents to dismiss the appeal as untimely taken pursuant to CPLR 5513 (subd [a]) denied, without costs. According to respondents' attorney, the order sought to be appealed, together with notice of entry, was served on appellants' attorney by mail on May 31, 1978. However, the affidavit of service by respondents' attorney's employee, submitted in support of the cross motion, is insufficient in that it does not state that the affiant herself mailed the letter enclosing the order, nor does it recite that the letter was mailed to appellants' attorney at his designated address in the manner specified by CPLR 2103 (subd [b], par 2). Accordingly, respondents have not established that the order was properly served by mail on May 31, 1978 thereby commencing appellants' time to appeal as of that date (see *Anthony v Schofield,* 265 App Div 423; cf. *14 Second Ave. Realty Corp. v Szalay,* 16 AD2d 919). Mahoney, P. J., Greenblott, Sweeney, Kane and Staley, Jr., JJ., concur.

■ FEHLHABER CORPORATION et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 54855.)—Motion by appellant for reargument or, in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Motion to resettle order of this court, entered August 24, 1979, granted, without costs, and order resettled by adding thereto an additional decretal paragraph as follows: "ORDERED, that execution of the judgment of the Court of Claims, as modified, be stayed to the extent of $718,777.63 pending final determination of the appellant's counterclaim for remedial work performed after July 1, 1971, temporary heat supplied after July 1, 1971, and miscellaneous costs." Mahoney, P. J., Sweeney, Kane and Main, JJ., concur.